UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
APR 0 3 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | § | |
|---|---|---|
| | § | |
| vs. | § | CASE NO. MO-14-CR-065 |
| | § | |
| MICHAEL JAMES BREWER | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF OF ECTOR COUNTY, ODESSA, TEXAS, GREETINGS:

You are hereby commanded to surrender and deliver unto the United States Marshal for the Western District of Texas, or his duly authorized representative, the body of MICHAEL JAMES BREWER, to this Court **instanter**, to remain in the custody of the said Marshal during the proceedings in the above styled cause, and any further proceedings in this cause are completed.

This Writ shall be your warrant and authority in the premises, and the Clerk of this Court is hereby directed to cause to be delivered to you a copy of this Writ and a certified copy of the Order directing the issuance for your observance.

HEREIN FAIL NOT, but make due return to this Writ.

Witness The Honorable David Counts, U.S. Magistrate Judge
United States District Court
Western District of Texas, Midland Division
and the Seal of this Court hereto affixed
this 31st day of March, 2014.

WILLIAM G. PUTNICKI, CLERK

By: _____
Deputy Clerk

UNITED STATES MARSHAL RETURN
I have fully executed in within writ/order by receiving the body
of _Michael Brewer_ on this date
By: _____